IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE<br><br>MAX ALEXANDER SOFFAR<br><br>*Petitioner.* | No. 4:12mc644 |

**ORDER GRANTING**
**MOTION FOR APPOINTMENT OF COUNSEL**

On consideration of Mr. Soffar's Motion for Appointment of Counsel, and pursuant to 18 U.S.C. § 3599(a)(2), said Motion is GRANTED. It is hereby ORDERED that:

Seth Kretzer is appointed as counsel for Max Alexander Soffar. The Clerk of Court shall send a CJA-30 form at the earliest opportunity.

Within fourteen (14) days of the entry of this Order, SOFFAR and RESPONDENT THALER shall confer and submit to the court a proposed scheduling order for the filing of a timely petition for writ of habeas corpus

SIGNED on this 16th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE