# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

MAX ALEXANDER SOFFAR,

     Petitioner,

     v.

                               NO. 4:12-mc-644

RICK THALER,

     Respondent.

## ORDER

On this day, appointed counsel has requested that Jonathan Landers be appointed as co-counsel to assist lead counsel in this case.

The Court finds that Petitioner is entitled to the appointment of one or more counsel by the provisions of 18 U.S.C. § 3599(a)(2). *See McFarland v. Scott*, 512 U.S. 849, 855-58 (1994). The Court further finds that attorney Jonathan Landers is qualified and willing to accept appointment as co-counsel to assist appointed lead counsel.

Jonathan Landers is APPOINTED as co-counsel to assist lead counsel Seth Kretzer in the representation of Petitioner in this cause.

Subject to the satisfaction of the admission requirement set out above, appointed counsel are entitled to compensation (currently at the rate of $178.00/hour) in accordance with Volume VII, Part A, Chapter 6, of the *Guide to Judiciary Policy*, which Counsel is directed to read along

1

with the instructions for forms CJA 30 and CJA 31 in order to ensure proper compensation for time and expenses incurred herein, and the presumptive limits contained in the *Special Procedures for Reviewing Attorney Compensation Requests in Death Penalty Cases* by the Judicial Council of the Fifth Circuit. Counsel shall be entitled to interim payments for services rendered in this cause.

A copy of this order and CJA 30 forms shall be provided to appointed counsel at the following address:

> Jonathan Landers
> 2813 W. T.C. Jester
> Houston, Texas 77018
> (713) 301-3153 (Office)
> (713) 685-5020 (fax)
> e-mail: jlanders.law@gmail.com

SO ORDERED on this _19th_ day of October, 2012.

_____

Sim Lake, United States District Judge

2